

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Robert Paladino; Judy Wnek

Civil Action No. 14CV2364-W(MDD)

Plaintiff,

V.

Medical Billing Services, LLC;
California Business Bureau, Inc. dba
Medical Billing Services

**JUDGMENT IN A CIVIL CASE**

Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion for summary judgment is granted. Judgment is entered in favor of Defendant.

Date: 11/18/15

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Petersen

J. Petersen, Deputy